Case 2:22-cr-00318   Document 6   Filed on 05/12/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | MAG. JUDGE ACTION NO. 2:22-MJ-00543 |
| § | |
| JUAN ANTONIO RIOS § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The government called ATF Special Agent Richard Miller to testify. Defense counsel called Irene Rios-Martinez to testify. The following requires detention of the Defendant pending trial in this case:

(1)   There are no conditions or combination of conditions that would reasonably assure the appearance of the Defendant as required and the safety of the community.

The evidence against the Defendant is strong as six firearms were located in a safe controlled by him in his bedroom. The Defendant has an extensive history of drug use that has increased over the past four months, has a poor history of court supervision, and has a long history of assaultive conduct (including just 6 days after his wedding). The findings and conclusions contained in the Pretrial Services Report are adopted.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on May 12, 2022.

_____
Julie K. Hampton
United States Magistrate Judge